United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41055
c/w No. 02-41057
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHESTER JIM SHERIDAN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-01-CR-65-ALL
USDC. No. V-02-CR-10-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    In separate proceedings, Chester Jim Sheridan was convicted

by guilty plea of being a felon in possession of a firearm, in

violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and of mailing a

threatening communication to his wife.  His appeals from his

respective judgments of conviction were consolidated.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Relying on the Supreme Court's decisions in <u>Jones v. United States</u>, 529 U.S. 848 (2000); <u>United States v. Morrison</u>, 529 U.S. 598 (2000); and <u>United States v. Lopez</u>, 514 U.S. 549 (1995), Sheridan argues that 18 U.S.C. § 922(g)(1) is an unconstitutional exercise of Congress's Commerce Clause power because the regulated activity does not substantially affect interstate commerce. Alternatively, he argues that his indictment was defective for failing to allege that his specific offense substantially affected interstate commerce.

Sheridan raises his arguments solely to preserve them for possible Supreme Court review. As he acknowledges, his arguments are foreclosed by existing Fifth Circuit precedent. <u>See</u> <u>United States v. Daugherty</u>, 264 F.3d 513, 518 (5th Cir. 2001), <u>cert. denied</u>, 534 U.S. 1150 (2002). Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.